UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARI FRANKLIN                                JURY TRIAL DEMANDED

v.                                            CASE NO.  3:11CV

BENJAMIN MORRIS
CUDA & ASSOCIATES, LLC

<u>COMPLAINT</u>

1.  Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"),

15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act ("CCPA"), and the

Connecticut Unfair Trade Practices Act.

2.  The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3.  Plaintiff is a natural person who resides in Connecticut.

4.  Plaintiff was the holder of a personal VISA credit card.

5.  On or about April 29, 2009, Defendants sent a collection letter to plaintiff claiming

that  CUDA & Associates, LLC ("CUDA"), recently purchased her Barclays Bank account,

and the balance was $2,589.34.

6.  On May 7, 2009, plaintiff mailed to defendants a request for verification of the

account.

7.  Defendants received the verification request on May 11, 2009, per a green card

signed by Marie Harkins.

8.  Without responding to the request, in March, 2011 defendants continued their

efforts to collect.

9.  In particular, Defendants mailed a small claims action to plaintiff.

10. The small claims action claimed that plaintiff owed a Juniper Bank Visa account

with the same account number as the Barclays Bank account, but in the amount of $1,374.52 plus interest, totaling $1,734.53.

11. The small claims action falsely represented that defendants had mailed the 4/29/09 letter to plaintiff at the address listed on the small claims writ and notice of suit, when actually the letter had been mailed to an entirely different address.

12. On April 4, 2011, defendants were reminded that plaintiff's dispute had not yet been addressed.

13. Despite knowledge that defendants could not proceed with collection activity until responding to the dispute, defendants proceeded to file the small claims action on April 8, 2011.

14. Defendant Morris is an owner and managing member of CUDA as well as its attorney.

FIRST COUNT

15. In the collection efforts after March 1, 2011, defendants violated the FDCPA, § 1692e, -f(1), or -g.

SECOND COUNT

16. In the collection efforts in 2009, defendant CUDA violated CUTPA by misrepresenting the ownership or the amount of the plaintiff's account.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA and CCPA, and actual and punitive damages against defendant CUDA under CUTPA.

2.   Award the plaintiff costs of suit and a reasonable attorney's fee.

3.   Award such other and further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net